AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>MIRANDA LOUISE WAHL<br><br>*Defendant* | )<br>)  Case No.  1:22-CR-2006-SMJ-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MIRANDA LOUISE WAHL                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(a)(6), 924(a)(2) False Statement During Purchase of a Firearm

Date: Jan 11, 2022, 1:07 pm

*Issuing officer's signature*

City and state: Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* March 31, 2022, and the person was arrested on *(date)* March 31, 2022
at *(city and state)* Missoula, MT.

Date: 4/1/22

*Arresting officer's signature*

Michael Sprenger, Special Agent
*Printed name and title*